IN THE UNITED STATES BANKRUPTCY COURT

For the DISTRICT of NEW JERSEY
NEWARK DIVISION

|  |  |
|---|---|
| In re:<br><br>Richard Persaud<br><br>              Debtor(s) | Chapter:    13<br>              23-14043<br><br>REQUEST FOR SPECIAL NOTICE<br>[NO Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:

ACCELERATED INVENTORY MGT, LLC

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that ACCELERATED INVENTORY MGT, LLC be given and served with all notices given or required to be given in the case as follows:

ACCELERATED INVENTORY MGT, LLC
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712
bnc@bass-associates.com

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 08/24/23
Account Number: ******8632

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
Attorneys for Creditor
ACCELERATED INVENTORY MGT, LLC
3936 E Ft Lowell Rd Suite 200
Tucson, AZ  85712-1083

(520) 577-1544

bnc@bass-associates.com