| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | <br>Order Filed on September 25, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>     RICHARD PERSAUD | Case No.:  23-14043<br><br>Hearing Date:  09/21/2023<br><br>Judge:  VINCENT F. PAPALIA |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: September 25, 2023

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

1

Debtor(s): RICHARD PERSAUD

Case No.: 23-14043VFP

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 09/21/2023 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 9/21/2023 of the plan filed on 05/10/2023, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 10/05/2023 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.