UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

Richard Persaud

Case No.: _____23-14043_____

Chapter: _____13_____

Adv. No.: _____

Hearing Date: _____

Judge: _____VFP_____

## CERTIFICATION OF SERVICE

1. I, _____Russell L. Low_____ :

    ☑ represent the _____debtor_____ in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On ____October 4, 2023____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Modified Chapter 13 Plan, Notice of Transmittal and Property Valuation

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: ____October 4, 2023____          /s/ Russell L. Low_____
                                         Signature

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Honorable Vincent F. Papalia<br>50 Walnut Street, 3rd Floor<br>Newark, N.J. 07102<br>Courtroom 3B | Judge | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>P.O. Box 520<br>Memphis TN 38101-0520 | Chapter 13 Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| Office of US Trustee<br>One Newark Center Suite 1401<br>Newark NJ 07102 | US Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| CACH, LLC c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | Secured Creditor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bryan Faliero<br>CEO Resurgent Capital Services<br>55 Beattie Place, Suite 110<br>Greenville SC 29601 | Attorney for Secured Creditor | ❑ Hand-delivered<br>❑ Regular mail<br>☑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| Richard Persaud<br>53 Montrose Avenue Apt 1<br>Jersey City NJ 07307 | Debtor | ❑ Hand-delivered<br>☑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>☑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>☑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |