RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re: RICHARD PERSAUD
53 MONTROSE AVENUE, APT 1
JERSEY CITY,  NJ  07307

Atty: RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
### Chapter 13 Case # 23-14043

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $5,400.00**

### RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/01/2023 | $150.00 | 9195219000 | 06/30/2023 | $150.00 | 9246718000 |
| 07/31/2023 | $150.00 | 9299709000 | 08/29/2023 | $150.00 | 9350739000 |
| 09/29/2023 | $150.00 | 9402231000 | 10/31/2023 | $150.00 | 9457422000 |
| 11/27/2023 | $150.00 | 9500929000 | | | |

**Total Receipts: $1,050.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,050.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 84.75 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 977.25 | 2,772.75 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFNI, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ALDOUS AND ASSOCIATES, PLLC | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CAVALRY SPV I LLC | UNSECURED | 934.01 | * | 0.00 | |
| 0005 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | COMENITY BANK/ABARCRORMBIE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | COMENITY BANK/EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | QUANTUM3 GROUP LLC | UNSECURED | 517.33 | * | 0.00 | |
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 522.30 | * | 0.00 | |
| 0011 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | FIRST PREMIER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | NATIONSTAR MORTGAGE LLC | UNSECURED | 76,797.92 | * | 0.00 | |

**Chapter 13 Case # 23-14043**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0015 | MACYS/FDSB | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | MIDLAND FUNDING/MIDLAND CREDIT M | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | NETCOLLECTIONS, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 8,232.05 | * | 0.00 | |
| 0021 | LVNV FUNDING LLC | UNSECURED | 643.63 | * | 0.00 | |
| 0022 | SYNCHRONY BANK/ OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | SYNCHRONY BANK/JCPENNEY | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | SYNCHRONY BANK | UNSECURED | 345.02 | * | 0.00 | |
| 0027 | WELLS FARGO CARD SERVICES | UNSECURED | 10,981.40 | * | 0.00 | |
| 0029 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | COMENITY BANK/EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | MACYS/FDSB | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 752.15 | * | 0.00 | |
| 0034 | SYNCHRONY/AMERICAN EAGLE | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | CACH LLC | UNSECURED | 31,495.31 | * | 0.00 | |
| 0036 | PINNACLE SERVICE SOLUTIONS LLC | UNSECURED | 6,977.71 | * | 0.00 | |

**Total Paid: $1,062.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $1,050.00      -      Paid to Claims: $0.00      -      Admin Costs Paid: $1,062.00    =    Funds on Hand: $138.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.