Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−14043−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Persaud
   14 Congress Street
   Jersey City, NJ 07307

Social Security No.:
   xxx−xx−0923

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/22/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 23, 2024
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 23-14043-VFP

Richard Persaud     Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4

Date Rcvd: Jul 23, 2024     Form ID: 148     Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Persaud, 14 Congress Street, Jersey City, NJ 07307-1036 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | EDI: BASSASSOC.COM | Jul 24 2024 00:39:00 | Patti H. Bass, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 23 2024 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 23 2024 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519914203 | + | Email/Text: EBNProcessing@afni.com | Jul 23 2024 20:49:00 | AFNI, INC., ATTN: BANKRUPTCY, PO BOX 3427, BLOOMINGTON, IL 61702-3427 |
| 519914204 | | Email/Text: cs@aldouslegal.com | Jul 23 2024 20:49:00 | ALDOUS AND ASSOCIATES, PLLC, ATTN: BANKRUPTCY, PO BOX 171374, HOLLADAY, UT 84117 |
| 519914205 | + | Email/PDF: bncnotices@becket-lee.com | Jul 23 2024 21:08:46 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 520021591 | + | EDI: BASSASSOC.COM | Jul 24 2024 00:39:00 | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 519967697 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2024 21:09:00 | CACH, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519914206 | + | Email/Text: bankruptcy@cavps.com | Jul 23 2024 20:50:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 500 SUMMIT LAKE DRIVE, SUITE 400, VAHALLA, NY 10595-2321 |
| 519914210 | + | EDI: WFNNB.COM | Jul 24 2024 00:39:00 | COMENITY BANK/ABARCRORMBIE, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519914211 | + | EDI: WFNNB.COM | Jul 24 2024 00:39:00 | COMENITY BANK/EXPRESS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519914213 | + | EDI: WFNNB.COM | Jul 24 2024 00:39:00 | COMENITY BANK/PIER 1, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519914214 | + | EDI: WFNNB.COM | Jul 24 2024 00:39:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, |

Case 23-14043-VFP   Doc 36   Filed 07/25/24   Entered 07/26/24 00:17:35   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jul 23, 2024 | Form ID: 148 | Total Noticed: 41 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | COLUMBUS, OH 43218-2125 |
| 519915142 | + | Email/Text: bankruptcy@cavps.com | Jul 23 2024 20:50:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519914220 | | EDI: CITICORP | Jul 24 2024 00:39:00 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519914215 | + | EDI: BLUESTEM | Jul 24 2024 00:39:00 | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 519914217 | + | EDI: AMINFOFP.COM | Jul 24 2024 00:39:00 | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 519974640 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 23 2024 20:49:00 | HSBC BANK USA, National Association as Trustee for, C/O Nationstar Mortgage LLC ATTN: Bankru, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519914218 | + | EDI: HFC.COM | Jul 24 2024 00:39:00 | HSBC Bank USA, NA, P.O. Box 2013, Buffalo, NY 14240-2013 |
| 519914207 | | EDI: JPMORGANCHASE | Jul 24 2024 00:39:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 519914208 | | EDI: JPMORGANCHASE | Jul 24 2024 00:39:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 519914219 | ^ | MEBN | Jul 23 2024 20:50:49 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519929646 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2024 20:57:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519914224 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 23 2024 20:49:00 | MIDLAND FUNDING/MIDLAND CREDIT MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 519914223 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 23 2024 20:49:00 | Midland Funding, PO Box 2001, Warren, MI 48090-2001 |
| 519914225 | + | Email/Text: jweaver@netcollections.net | Jul 23 2024 20:49:00 | NETCOLLECTIONS, LLC, ATTN: BANKRUPTCY, 2774 N COBB PKWY, STE 109 #181, KENNESAW, GA 30152-3497 |
| 519914226 | | EDI: PRA.COM | Jul 24 2024 00:39:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 519966065 | | EDI: PRA.COM | Jul 24 2024 00:39:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519954930 | | EDI: PRA.COM | Jul 24 2024 00:39:00 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 519914228 | | Email/Text: signed.order@pfwattorneys.com | Jul 23 2024 20:48:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519974603 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2024 20:57:31 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519938279 | | EDI: Q3G.COM | Jul 24 2024 00:39:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519914230 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2024 20:56:34 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 519914231 | + | EDI: SYNC | Jul 24 2024 00:39:00 | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519914232 | + | EDI: SYNC | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: 148 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 24 2024 00:39:00 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519914233 | + | EDI: SYNC | | |
| | | | Jul 24 2024 00:39:00 | SYNCHRONY BANK/JCPENNEY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519914234 | + | EDI: SYNC | | |
| | | | Jul 24 2024 00:39:00 | SYNCHRONY/AMERICAN EAGLE, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519973241 | + | EDI: AIS.COM | | |
| | | | Jul 24 2024 00:39:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519914236 | + | EDI: WFFC2 | | |
| | | | Jul 24 2024 00:39:00 | WELLS FARGO BANK NA, ATTN: WELLS FARGO BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |
| 519937327 | | EDI: WFFC2 | | |
| | | | Jul 24 2024 00:39:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519914212 | *+ | COMENITY BANK/EXPRESS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519914221 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519914222 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519914216 | *+ | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 519914209 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 519914227 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 519914229 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519914235 | *+ | SYNCHRONY/AMERICAN EAGLE, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 25, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 23, 2024 | Form ID: 148 | Total Noticed: 41 |

| Name | Email Address |
|---|---|
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for HSBC Bank USA  National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-21 cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-21 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Richard Persaud ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5